IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-401-D

COLORADO BANKERS LIFE            )
INSURANCE COMPANY,               )
                                 )
                    Plaintiff,   )
                                 )
          v.                     )          **ORDER**
                                 )
INTRALAN INVESTMENTS LIMITED,    )
                                 )
                    Defendant.   )

     The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 21], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 17], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

     SO ORDERED. This 20 day of July 2021.

JAMES C. DEVER III
United States District Judge